## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ENTEC POLYMERS, LLC, | ) | Case No. 1:08 cv 2592 |
| | ) | |
| Plaintiff, | ) | Hon. Ann Aldrich |
| | ) | |
| v. | ) | **CONSENT JUDGMENT ENTRY** |
| | ) | |
| EDGE PLASTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \*

Plaintiff, Entec Polymers, LLC ("Entec"), and Defendant, Edge Plastics, Inc. ("Edge"), consent to the Court's entry of the following judgment:

1. This Court enters Judgment against Edge and in favor of Entec in the amount of $40,000.

2. Enforcement of this judgment is stayed so long as Edge pays Entec $5,000 within three days of the entry of this order (the "Start Date"), and then $1,000 every seven days after the Start Date for 35 weeks.

3. If Edge fails to make any payment on or before the scheduled payment date, Entec may enforce this judgment and collect its attorneys' fees incurred in enforcement. On default, interest will accrue on all outstanding amounts owed at 5%.

    4.    This action is dismissed with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED:**

    *s/ Ann Aldrich*
    _____
    Judge Ann Aldrich           7/28/09

**CONSENTED TO BY THE PARTIES:**

| | |
|---|---|
| */s/ Peter R. Silverman* | */s/ James D. Abrams* |
| Peter R. Silverman (0001579) | James D. Abrams (0075968) |
| SHUMAKER, LOOP & KENDRICK, LLP | David J. Butler (0068455) |
| 1000 Jackson Street | CHESTER, WILCOX & SAXBE, LLP |
| Toledo, Ohio  43604-5573 | 65 East State Street, Suite 1000 |
| Telephone:  (419) 241-9000 | Columbus, Ohio 43215-4213 |
| Facsimile:  (419) 241-6894 | Telephone:  (614) 221-4000 |
| E-Mail:     psilverman@slk-law.com | Facsimile:  (614) 221-4012 |
| | E-Mail:     jabrams@cwslaw.com |
| Attorneys for Plaintiff |             dbutler@cwslaw.com |
| Entec Polymers, LLC | |
| | Attorneys for Defendant |
| | Edge Plastics, Inc. |